UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBAS HOSSEINI,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>MADELINE KRISTOFF, Acting Field Director, San Diego Field Office, USCIS, et al.,<br><br>　　　　　　　　　　Respondents.<br><br>AND ALL CONSOLIDATED CASES | Case No.:  18-CV-1771 JLS (BLM)<br><br>**ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

　　　Presently before the Court is Respondents' Motion to Vacate, filed in each of Petitioner Abbas Hosseini's three related actions for writ of habeas corpus, *Hossenini v. DHS/ICE Chief Counsel*, No. 18-CV-1771 JLS (BLM) (S.D. Cal. filed July 3, 2018) (ECF No. 16); *Hossenini v. Warden*, No. 19-CV-710 JLS (BLM) (S.D. Cal. filed Apr. 18, 2019) (ECF No. 11); and *Hossenini v. Kristoff*, No. 20-CV-902 JLS (BLM) (S.D. Cal. filed May 14, 2020) (ECF No. 7).  The Court **VACATES** the hearing on the Motion set for October

/ / /

/ / /

/ / /

1   22, 2020, and takes the matter under submission without oral argument pursuant to Civil
2   Local Rule 7.1(d)(1).
3        **IT IS SO ORDERED.**
4   Dated: October 14, 2020

                                              Hon. Janis L. Sammartino
                                              United States District Judge