UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBAS HOSSENINI,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>MADELINE KRISTOFF, Acting Field Director, San Diego Field Office, USCIS, et al.,<br><br>　　　　　　　　　Respondents.<br><br>AND ALL CONSOLIDATED CASES | Case No.: 18-CV-1771 JLS (BLM)<br><br>**ORDER DISMISSING WITHOUT PREJUDICE AS MOOT PETITIONS FOR HABEAS CORPUS** |

On January 13, 2021, the Court granted Respondents' Motion to Vacate, filed in each of Petitioner's three consolidated actions for writ of habeas corpus,[1] and ordered Petitioner to show cause why, in light of evidence submitted in support of the Motion to

---

[1] The three actions are: *Hossenini v. DHS/ICE Chief Counsel*, No. 18-CV-1771 JLS (BLM) (S.D. Cal. filed July 3, 2018) [hereinafter "*Hossenini I*"]; *Hosseini v. Warden*, No. 19-CV-710 JLS (BLM) (S.D. Cal. filed Apr. 18, 2019) [hereinafter "*Hosseini II*"]; and *Hossenini v. Kristoff*, No. 20-CV-902 JLS (BLM) (S.D. Cal. filed May 14, 2020) [hereinafter "*Hossenini III*"] (collectively, the "Consolidated Actions"). The Court notes that Petitioner is denominated "Abbas Hossenini" in *Hossenini I* and *Hossenini III* but "Abbas Hosseini" in *Hosseini II*; for simplicity and clarity, the Court will refer to Petitioner simply as "Petitioner" throughout this Order.

1  Vacate, Petitioner's Petitions should not be denied as moot. *Hossenini I*, ECF No. 19 (the
2  "Order").  The Court ordered Petitioner to file "a brief, not to exceed ten (10) pages,
3  explaining why these matters are not moot <u>on or before January 27, 2021</u>," and warned
4  Petitioner that "the Court will dismiss these [C]onsolidated [A]ctions without prejudice
5  pursuant to Civil Local Rule 83.1 <u>on January 28, 2021</u>, should Petitioner fail to respond to
6  this Order." *Id.* at 7 (emphasis in original).  Petitioner failed to respond to the Order.
7  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the Consolidated Actions
8  as moot and for failure to comply with the Order.  The Clerk of the Court **SHALL CLOSE**
9  the file.

10  **IT IS SO ORDERED.**

11  Dated: February 1, 2021

12  Hon. Janis L. Sammartino
13  United States District Judge